Steven J. Serbalik, Bar #028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
Telephone:  (480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Juan Hernandez and the Arizona Conference of Police and Sheriffs, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Hernandez, et. al, <br>                Plaintiffs, <br> v. <br> The City of Phoenix, et. al, <br>                Defendants. | NO. 2:19-cv-05365-MTL <br><br> **NOTICE RELATED TO THE COURT'S ORDER** |

After reading the Court's Order [Dkt. 8] setting a status conference for this afternoon, in the interest of conserving time, counsel for Plaintiffs hereby provides the following written responses to the Court's enumerated questions:

1) What time does the Discipline Review Board meet on Tuesday, October 15, 2019?

The DRB is scheduled to consider Sgt. Hernandez's case at 10am.

2) When will the Discipline Review Board make a recommendation to Chief Williams?

The DRB deliberates and makes its recommendation immediately after it is finished hearing presentations. In this case, it would make its recommendation sometime on October 15, 2019.

3) Confirm Chief Williams will be the decision maker on the recommendation, and if not, who will be the decision maker?

Chief Williams, as the Department Head, is the primary decision maker on discipline decisions for members of the Phoenix police department. She can, and often does, receive input on discipline decisions from other members of the Phoenix Police Department, and from Phoenix City Law and Phoenix Human Resources.

4) Within what time frame will Chief Williams (or another decision maker) act on the recommendation of the Discipline Review Board?

There is no set timeframe wherein Chief Williams is required to act on the recommendation of the DRB.

5) Does Plaintiff Hernandez have any appeal rights within the department after Chief Williams (or another decision maker) acts on the recommendation, and if yes, what is the process for any such appeal?

Chief Williams is the final decision maker within the Phoenix Police Department - there are no further appeals within the Department after she makes her decision. Plaintiff Hernandez does have the right to appeal any suspension and/or demotion or termination to the Phoenix Civil Service Board.

6) Whether Defendants have each been served under Rule 4 of the Federal Rules of Civil Procedure?

Defendants have not been served under Rule 4. The summons with the Court's seal issued yesterday afternoon. The documents were transmitted to a process server yesterday afternoon. The City and Chief Williams will be served Monday morning (City offices are open on Columbus Day and the City Clerk accepts service for Department heads). This morning, the process server attempted to arrange service for Commander Disotell, and was informed that Commander Disotell is out of the state until 2020. Plaintiffs will work with counsel for the Defendants to either arrange acceptance of service, or the process server will provide service to an adult at Commander Disotell's private residence. If service of Commander Disotell is not available by either of these methods, Plaintiffs will make efforts to receive permission for alternative service.

RESPECTFULLY SUBMITTED this 11th day of October, 2019.

**STEVEN J SERBALIK, P.L.C.**

By: /s/Steven J. Serbalik
Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorney for Plaintiffs Juan Hernandez and the Arizona Conference of Police and Sheriffs, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I emailed a copy of this Notice to Defendants' Attorney – Steve Coleman – at his work email address of steve@piercecoleman.com. Mr. Coleman has not yet appeared in this case in the CM/ECF system.

/s/ Steven J Serbalik