Stephen B. Coleman (State Bar #021715)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, AZ 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Steve@PierceColeman.com
*Attorneys for Defendants*

Steven J. Serbalik (State Bar #028191)
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
Telephone: (480) 269-1529
steveserbalik@gmail.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Hernandez, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Phoenix, a municipal corporation; Jeri Williams, in her official capacity as Chief of Police of the Phoenix Police Department; and Shane Disotell, in his official capacity as the Commander of the Phoenix Police Professional Standards Bureau,<br><br>Defendants. | Case No: CV-19-05365-PHX-MTL<br><br>**NOTICE OF SETTLEMENT** |

The parties, by and through undersigned counsel, hereby notify the Court that they have reached a settlement in principle in this matter, contingent upon approval by the Phoenix City Council.

1

The parties anticipate finalizing the settlement and filing a stipulation for dismissal within 90 days. In the meantime, the parties respectfully request that all impending deadlines be vacated.

RESPECTFULLY SUBMITTED this 27th of February 2023.

**PIERCE COLEMAN PLLC**

By /s/ Stephen B. Coleman
Stephen B. Coleman
7730 E. Greenway Road, Ste. 105
Scottsdale, Arizona 85260
*Attorneys for Defendants*

**STEVEN J. SERBALIK, P.L.C.**

By /s/ Steven J. Serbalik (w/permission)
Steven J. Serbalik
4925 East Desert Cove Avenue #116
Scottsdale, Arizona 85254
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to all ECF registrants:

Steven J. Serbalik
**STEVEN J. SERBALIK, P.L.C.**
4925 East Desert Cove Avenue #116
Scottsdale, Arizona 85254
*Attorneys for Plaintiffs*

By: /s/ Mary Walker

2